AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Manuel Veintimilla <br><br> *Plaintiff(s)* <br> v. <br> Sunny Builders NY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 22-cv-01446-LDH-TAM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Sunny Builders NY
8237 159th Street
Glen Oaks, New York 11004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason M. Kaufer
Trief & Olk
750 Third Avenue
Suite 2902
New York, New York 10017
212-486-6060
jkaufer@triefandolk.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney
*CLERK OF COURT*

Date: 3/16/2022

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*